# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-0779-KD-N |
| v. | ) |
| | ) |
| $15,800,00 more of less, in U.S. Currency, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT OF FORFEITURE

Pursuant to the Order entered this day, Plaintiff's Motion for Entry of Forfeiture (Doc. 35) is **GRANTED** and it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered as follows:

1. The sum of $6,800.00 of the defendant $15,800.00 is forfeited to the United States for disposition in accordance with the law, pursuant to 21 U.S.C. § 881(a)(6);

2. The sum of $8,925.42 of the defendant $15,800.00 is to be returned to Cedric Deon Williams, by and through his attorney, Bruce Maddox, 6728 Taylor Court, Montgomery, Alabama, 36117;

3. The balance of $74.58 represents expenses of the U.S. Marshal's Service, which is to be paid to it before distribution to the parties; and

4. Each party is to bear its own costs.

**DONE** and **ORDERED** this the **14th** day of **December 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**